Argued and submitted May 7, decision of Court of Appeals reversed, judgment of circuit court affirmed in part and reversed in part and case remanded to circuit court for further proceedings October 22, reconsideration denied November 24, 1992

EMANUEL HOSPITAL,
*Respondent on Review/Petitioner on Review,*

*v.*

MARION COUNTY,
*Petitioner on Review/Respondent on Review,*

*and*

CITY OF WOODBURN,
*Respondent on Review.*

(CC 88C-11948; CA A64151; SC S38834, S38922)

840 P2d 62

Robert C. Cannon, Marion County Legal Counsel, Salem, argued the cause for Marion County and filed the petition for review.

Jeffrey M. Batchelor, of Lane Powell Spears Lubersky, Portland, argued the cause for Emanuel Hospital, filed the petition for review, and filed a response to Marion County's petition for review.

N. Robert Shields, of Werst, Shields and Associates, Tualatin, argued the cause for the City of Woodburn and filed responses to the petitions for review.

Paul Snider, Legal Counsel, Association of Oregon Counties, Salem, and John B. Leahy, of Williams, Fredrickson, Stark & Weinsensee, P.C., Portland, filed a brief on behalf of *amicus curiae* Association of Oregon Counties.

PER CURIAM

**PER CURIAM**

The facts in this case raise legal issues that largely are identical to those considered and decided this day in *Emanuel Hospital v. Umatilla County*, 314 Or 393, 840 P2d 56 (1992). We reverse the decision of the Court of Appeals, *Emanuel Hospital v. Marion County*, 110 Or App 215, 823 P2d 419 (1991), and remand the case to the circuit court for a factual determination as to whether the person requiring medical attention was in the custody of a Woodburn law enforcement officer and whether Emanuel Hospital complied with the requirements of ORS 30.795(3).

The decision of the Court of Appeals is reversed. The judgment of the circuit court in favor of Marion County is affirmed. The judgment of the circuit court in favor of the City of Woodburn is reversed. The case is remanded to the circuit court for further proceedings.